**FILED**
FEB 11 2008
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>EXXON VALDEZ,; et al.,<br><br>    Defendant - Appellee. | No. 08-15193<br><br>D.C. No. CV-07-05871-MJJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

**FILED**
FEB 14 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

A review of the district court docket reflects that appellant has not paid the docketing and filing fees for this appeal. Within 21 days from the filed date of this order, appellant shall: (1) file a motion with this court to proceed in forma pauperis; (2) pay $455.00 to the district court as the docketing and filing fees for this appeal and provide proof of payment to this court; or (3) otherwise show cause why the appeal should not be dismissed for failure to prosecute. If appellant fails to comply with this order, the appeal will be dismissed automatically by the Clerk under Ninth Circuit Rule 42-1.

The Clerk shall provide a copy of Form 4 of the Ninth Circuit Rules to appellant along with this order pursuant to Fed. R. App. P. 24.

08-15193

        For the Court:

        MOLLY C. DWYER
        Acting Clerk of the Court

        Jeffery L. Crocker
        Deputy Clerk
        Ninth Cir. R. 27-7