FILED

FILED
APR 21 AM    APR 16 2008
RICHARD W. MOLLY GODWYER, CLERK
CLERK, U.S. DISTRICT COURT OF APPEALS
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>    Plaintiff - Appellant,<br>v.<br><br>WARREN JEFFS,<br><br>    Defendant - Appellee. | No. 08-15171<br><br>D.C. No. CV-07-05975-MJJ<br>Northern District of California,<br>San Francisco |
| JONATHAN LEE RICHES,<br><br>    Plaintiff - Appellant,<br>v.<br><br>BILL PARCELLS,<br><br>    Defendant - Appellee. | No. 08-15183<br><br>D.C. No. CV-07-01891-LJO/GSA<br>Eastern District of California,<br>Fresno |
| JONATHAN LEE RICHES,<br><br>    Plaintiff - Appellant,<br>v.<br><br>DENZEL WASHINGTON; et al.,<br><br>    Defendants - Appellees. | No. 08-15184<br><br>D.C. No. CV-07-05867-MJJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

JLC/Pro Se

| JONATHAN LEE RICHES, | No. 08-15185 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-07-01886-AWI/DLB |
| v. | Eastern District of California, Fresno |
| LUTE OLSON, Arizona Wildcats Head Coach; et al., | |
| Defendants - Appellees. | |

| JONATHAN LEE RICHES, | No. 08-15186 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-07-05877-MJJ |
| v. | Northern District of California, San Francisco |
| VLADIMIR PUTIN, President of Russia; et al., | |
| Defendants - Appellees. | |

| JONATHAN LEE RICHES, | No. 08-15187 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-07-01885-LJO/DLB |
| v. | Eastern District of California, Fresno |
| FREECREDITREPORT.COM, | |
| Defendant - Appellee. | |

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br>v.<br><br>MEL GIBSON; et al.,<br><br>        Defendants - Appellees. | No. 08-15188<br><br>D.C. No. CV-07-01884-LJO/GSA<br>Eastern District of California,<br>Fresno |
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br>v.<br><br>DAN RATHER, CBS Former Evening News Anchor; et al.,<br><br>        Defendants - Appellees. | No. 08-15189<br><br>D.C. No. CV-07-01523-LJO/GSA<br>Eastern District of California,<br>Fresno |
| JONATHAN LEE RICHES,<br><br>       Plaintiff - Appellant,<br>v.<br><br>MINE RESISTANT AMBUSH PROTECTED VEHICLES,<br><br>        Defendant - Appellee. | No. 08-15190<br><br>D.C. No. CV-07-01888-LJO/SMS<br>Eastern District of California,<br>Fresno |

| JONATHAN LEE RICHES, | No. 08-15193 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-07-05871-MJJ |
| v. | Northern District of California, |
| EXXON VALDEZ; et al., | San Francisco |
| Defendant - Appellee. | |

| JONATHAN LEE RICHES, | No. 08-15194 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-07-05421-MJJ |
| v. | Northern District of California, |
| COUNTRYWIDE HOME LOANS INC., | San Francisco |
| Defendant - Appellee. | |

| JONATHAN LEE RICHES, | No. 08-15276 |
|---|---|
| Plaintiff - Appellant, | D.C. No. CV-07-05864-MJJ |
| v. | Northern District of California, |
| ORACLE CORP.; et al., | San Francisco |
| Defendants - Appellees. | |

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br>v.<br><br>TIMBALAND; et al.,<br><br>        Defendants - Appellees. | No. 08-15285<br><br>D.C. No. CV-07-05873-MJJ<br>Northern District of California,<br>San Francisco |

| | |
|---|---|
| JONATHAN LEE RICHES,<br><br>        Plaintiff - Appellant,<br>v.<br><br>GOLDEN STATE WARRIORS; et al.,<br><br>        Defendants - Appellees. | No. 08-15286<br><br>D.C. No. CV-07-05979-MJJ<br>Northern District of California,<br>San Francisco<br><br>ORDER |

A review of the files in these appeals reveals that appellant has failed to perfect the appeals as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, these appeals are dismissed for failure to pay the docketing/filing fees in these cases.

A copy of this order shall act as and for the mandate of this court.

                For the Court:

                MOLLY C. DWYER
                Clerk of the Court

                Jeffery L. Crocker
                Deputy Clerk
                Ninth Cir. R. 27-7

08-15171 Riches v. Jeffs

| | |
|---|---|
| JONATHAN LEE RICHES (–: 40948–018)<br>     Plaintiff – Appellant | Jonathan Lee Riches<br>[NTC Pro Se]<br>FCIW – FEDERAL CORRECTIONAL INSTITUTION<br>(WILLIAMSBURG)<br>P.O. Box 340<br>Salters, SC 29590–0000 |
| v. | |
| WARREN JEFFS<br>     Defendant – Appellee | No appearance, Esq.<br>no appearance<br>Street Address<br>City, 00000–0000<br>Country |