**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 23, 2008

CASE NUMBER:   **CV 07-05871 MJJ**
CASE TITLE:   **JONATHAN LEE RICHES-v- EXXON VALDEZ**
DATE MANDATE FILED:   4/21/08

TO COUNSEL OF RECORD:

The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

Sincerely,

RICHARD W. WIEKING, Clerk

by: /Sheila Rash/
Case Systems Administrator

Distribution:   CIVIL   -   Counsel of Record

CRIMINAL   -   Counsel of Record
U.S. Marshal (Copy of Mandate)
U.S. Probation Office

NDC App-16